```
CLERK'S OFFICE U.S. DIST. COURT
       AT ROANOKE, VA
            FILED
        APR 0 2 2007
    JOHN F. CORCORAN, CLERK
BY:
        DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| ANTHONY JOSEPH TURNER, | ) | |
| Plaintiff, | ) | Civil Action No. 7:07-cv-00150 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| DR. JOHN BENCH, et al., | ) | By: Hon. James C. Turk |
| Defendants. | ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that plaintiff's submissions in this case are construed as an application to proceed in forma pauperis and are hereby **DENIED**, as plaintiff fails to demonstrate that he is in imminent danger of serious physical harm; the action is hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(g), and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This __31st__ day of March, 2007.

_____
Senior United States District Judge