CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 0 2 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANTHONY JOSEPH TURNER,<br>Plaintiff, | )<br>) Civil Action No. 7:07-cv-00150<br>) |
| v. | ) **FINAL ORDER**<br>) |
| DR. JOHN BENCH, et al.,<br>Defendants. | ) By: Hon. James C. Turk<br>) Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's submissions in this case are construed as an application to proceed in forma pauperis and are hereby **DENIED**, as plaintiff fails to demonstrate that he is in imminent danger of serious physical harm; the action is hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(g), and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 31st day of March, 2007.

/s/ James C. Turk
Senior United States District Judge